IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GERARDO ANTONIO SANCHEZ-LEYVA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN, FCI FORT DIX, ) <br> ) <br> Respondent.[1] ) | CV 322-121 |

**O R D E R**

Based on Respondent's recent notice of Petitioner's address change following closure of McRae Correctional Facility, and out of an abundance of caution, the Court **DIRECTS** Respondent's counsel to re-serve the motion to dismiss on Petitioner at his new address. Petitioner shall have through and including December 8, 2022, to file a response. Thereafter, the Court will rule on the motion, and if Petitioner fails to respond, the Court will deem the motion unopposed. See Loc. R. 7.5.

SO ORDERED this 17th day of November, 2022, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK**, to update the docket in accordance with the above caption to reflect the warden at Petitioner's current prison as the Respondent. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004) (explaining proper respondent in § 2241 case is warden of institution where the petitioner is confined).