IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GERARDO ANTONIO SANCHEZ-LEYVA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 322-121 |
| ) | |
| WARDEN, FCI FORT DIX, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 8), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this ___13th___ day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE